the indictment either sua sponte or on application by the District Attorney or the attorney who appeared for appellant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAIAH McCOY, Appellant. [930 NYS2d 506]—

Memorandum: Defendant was convicted upon a guilty plea of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree. Defendant's assigned appellate counsel has moved to be relieved of the assignment pursuant to *People v Crawford* (71 AD2d 38 [1979]), on the ground that the appeal is wholly frivolous. We conclude, however, that a nonfrivolous issue exists as to whether the forfeiture of defendant's property was improper (*see People v Jacobson*, 60 AD3d 1326 [2009], *lv denied* 12 NY3d 916 [2009]; *People v Sanders*, 289 AD2d 1019 [2001]). Therefore, we relieve counsel of his assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from judgment of Ontario County Court, Frederick G. Reed, A.J.—criminal sale of a controlled substance, 3rd degree). Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

◼ In the Matter of CYNTHIA M.R., Respondent, v MITCHELL M.R., Appellant, and ASHLEY M.S., Respondent, et al., Respondent. [930 NYS2d 510]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

◼ In the Matter of JARED R. and Others, Infants. CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MITCHELL R., Appellant. [930 NYS2d 507]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES SMITH, Appellant, v EKPE EKPE, as Superintendent of Watertown Correctional Facility, Respondent. [930 NYS2d 504]—